THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LEONARD ROSENBERG, Respondent.

Argued May 29, 1950; decided June 2, 1950.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Edwin C. Hoyt, Jr.,* and *Edgar J. Nathan, 3d,* of counsel), for appellant.

*Nathan Kestnbaum* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.